UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO<br><br>CONTRERAS-DELIRA,<br>　　　　　Defendant. | CR-25-125-GF-BMM<br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

　　　　Defendant Marco Antonio Contreras-Delira (Contreras-Delira) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of illegal reentry, in violation of 8 U.S.C. § 1326(a), as charged in the Indictment.

　　　　After examining the Contreras-Delira under oath, I make the following determinations:

　　　　1.  Contreras-Delirais fully competent and capable of entering an informed and voluntary plea;

　　　　2.  Contreras-Delira is aware of the nature of the charge against him and consequences of pleading guilty to the charge;

3. Contreras-Delira fully understands his constitutional rights and the extent to which he is waiving those rights by pleading guilty; and

4. Contreras-Delira's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes Contreras-Delirahad adequate time to review his case and the charges with his counsel and understood the charge against him. Therefore, I recommend that the Contreras-Delira be adjudged guilty of the charge of illegal reentry, in violation of 8 U.S.C. § 1326(a) as charged in the Information and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the expedited presentence report**.

DATED this 25th day of November 2025.

_____
John Johnston
United States Magistrate Judge